Stephanie Van Marter
Acting United States Attorney
Eastern District of Washington
Ann T. Wick
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 06, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BERNADINO DWITE HAMILTON<br>(a/k/a "Dwite_Hammy21,"<br>"DMONEYY0013," "Juancastro123,"<br>"the_ulaversity2380,"<br>"Ulycastro2223," "Uly"),<br><br>　　　　　　Defendant. | 2:25-cr-119-TOR<br><br>INDICTMENT<br><br>Vios:　18 U.S.C. § 2422(b)<br>　　　　Enticement and Attempted<br>　　　　Enticement of a Minor<br>　　　　(Counts 1-6)<br><br>　　　　18 U.S.C. § 2260A<br>　　　　Commission of a Felony Sex<br>　　　　Offense by an Individual<br>　　　　Required to Register as a Sex<br>　　　　Offender<br>　　　　(Count 7)<br><br>　　　　18 U.S.C. § 2428<br>　　　　Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

Beginning on or about July 1, 2021, and continuing through on or about July 24, 2021, in the Eastern District of Washington and elsewhere, the Defendant,

INDICTMENT – 1

BERNADINO DWITE HAMILTON (a/k/a "Dwite_Hammy21," "DMONEYY0013," "Juancastro123," "the_ulaversity2380," "Ulycastro2223," "Uly"), did knowingly use a facility and means of interstate and foreign commerce, to persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and coerce Minor K, an individual who had not attained the age of 18 years, to engage in any sexual activity for which a person can be charged with a criminal offense, including, R.C.W. 9A.44.089, Rape of a Child in the Third Degree, all in violation of 18 U.S.C. § 2422(b).

## COUNT 2

Beginning on or about December 4, 2022, and continuing through on or about December 18, 2022, in the Eastern District of Washington and elsewhere, the Defendant, BERNADINO DWITE HAMILTON (a/k/a "Dwite_Hammy21," "DMONEYY0013," "Juancastro123," "the_ulaversity2380," "Ulycastro2223," "Uly"), did knowingly use a facility and means of interstate and foreign commerce, to persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and coerce Minor S, an individual who had not attained the age of 18 years, to engage in any sexual activity for which a person can be charged with a criminal offense, including, R.C.W. 9A.44.089, Child Molestation in the Third Degree, and 18 U.S.C. § 2251(a), Sexual Exploitation of a Minor and Attempted Sexual Exploitation of a Minor, all in violation of 18 U.S.C. § 2422(b).

INDICTMENT – 2

## COUNT 3

Beginning on or about September 1, 2022, and continuing through on or about September 30, 2022, in the Eastern District of Washington and elsewhere, the Defendant, BERNADINO DWITE HAMILTON (a/k/a "Dwite_Hammy21," "DMONEYY0013," "Juancastro123," "the_ulaversity2380," "Ulycastro2223," "Uly"), did knowingly use a facility and means of interstate and foreign commerce, to persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and coerce Minor B, an individual who had not attained the age of 18 years, to engage in any sexual activity for which a person can be charged with a criminal offense, including, R.C.W. 9A.44.076, Rape of a Child in the Second Degree, all in violation of 18 U.S.C. § 2422(b).

## COUNT 4

Beginning on or about December 22, 2022, and continuing through on or about January 1, 2023, in the Eastern District of Washington and elsewhere, the Defendant, BERNADINO DWITE HAMILTON (a/k/a "Dwite_Hammy21," "DMONEYY0013," "Juancastro123," "the_ulaversity2380," "Ulycastro2223," "Uly"), did knowingly use a facility and means of interstate and foreign commerce, to persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and coerce Minor H, an individual who had not attained the age of 18 years, to engage in any sexual activity for which a person can be charged with a criminal offense,

INDICTMENT – 3

including, R.C.W. 9A.44.076, Rape of a Child in the Second Degree, all in violation of 18 U.S.C. § 2422(b).

COUNT 5

Beginning on or about December 2, 2022, and continuing through on or about December 3, 2022, in the Eastern District of Washington and elsewhere, the Defendant, BERNADINO DWITE HAMILTON (a/k/a "Dwite_Hammy21," "DMONEYY0013," "Juancastro123," "the_ulaversity2380," "Ulycastro2223," "Uly"), did knowingly use a facility and means of interstate and foreign commerce, to persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and coerce Minor J, an individual who had not attained the age of 18 years, to engage in any sexual activity for which a person can be charged with a criminal offense, including, R.C.W. 9A.44.076, Rape of a Child in the Second Degree, all in violation of 18 U.S.C. § 2422(b).

COUNT 6

Beginning on or about December 7, 2022, and continuing through on or about December 22, 2022, in the Eastern District of Washington and elsewhere, the Defendant, BERNADINO DWITE HAMILTON (a/k/a "Dwite_Hammy21," "DMONEYY0013," "Juancastro123," "the_ulaversity2380," "Ulycastro2223," "Uly"), did knowingly use a facility and means of interstate and foreign commerce, to persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and

INDICTMENT – 4

coerce Minor T, an individual who had not attained the age of 18 years, to engage in any sexual activity for which a person can be charged with a criminal offense, including R.C.W. 9A.44.086, Child Molestation in the Second Degree, all in violation of 18 U.S.C. § 2422(b).

## COUNT 7

The Defendant, BERNADINO DWITE HAMILTON (a/k/a "Dwite_Hammy21," "DMONEYY0013," "Juancastro123," "the_ulaversity2380," "Ulycastro2223," "Uly"), committed the felony offenses involving a minor charged in Counts 1 through 6 of this Indictment at times when Defendant was required by Federal and other law to register as a sex offender, in violation of 18 U.S.C. § 2260A.

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2428, upon conviction of an offense(s) in violation of 18 U.S.C. § 2422(b) as charged in this Indictment, the Defendant, BERNADINO DWITE HAMILTON (a/k/a "Dwite_Hammy21," "DMONEYY0013," "Juancastro123," "the_ulaversity2380," "Ulycastro2223," "Uly"), shall forfeit to the United States of America, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense(s) and any

INDICTMENT – 5

property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense(s).

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

DATED this 6 day of August, 2025.

A TRUE BILL



_Stephanie Van Marter_
Stephanie Van Marter
Acting United States Attorney

_Ann T. Wick_
Ann T. Wick
Assistant United States Attorney

INDICTMENT – 6