FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 06, 2025
SEAN F. McAVOY, CLERK

## CHARGES AND PENALTIES

**CASE NAME:** Bernardino Dwite Hamilton

**CASE NO.** 2:25-cr-00119-TOR

TOTAL # OF COUNTS: 7    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1-6 | 18 U.S.C. § 2422(b) | Enticement and Attempted Enticement of a Minor | CAG no less than 10 years and up to a lifetime; and/or $250,000 fine; Supervised Release for no less than 5 years and up to a lifetime; sex offender registration; a $100 special penalty assessment; and a $5,000 special penalty assessment absent indigence (JVTA) |
| 7 | 18 U.S.C. § 2260A | Commission of a Felony Sex Offense by an Individual Required to Register as a Sex Offender | CAG of 10 years, consecutive to any sentence imposed on Counts 1 through 6; Sex Offender Registration |
|  | 18 U.S.C. § 2428 | Forfeiture Allegations |  |