# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Spokane

**USA v. BERNADINO DWITE HAMILTON**                    Case No.    **2:25-CR-119-TOR-1**

**Initial Appearance and Arraignment on Indictment:**                    08/18/2025

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Ann Wick, Supervising US Atty |
| ☒ | Patrick J. Dennis, US Probation / Pretrial Services Officer | ☒ | Enrique Avalos, US Atty Intern |
| ☒ | Defendant present ☒ in custody USM | ☒ | Justin Lonergan, Supervising Fed Def |
| | | ☒ | Knox Hammack, Fed Def Intern |
| | | ☒ | Interpreter **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of Indictment |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of Indictment |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Indictment read in open court |
| ☐ | Pretrial Services Report ordered | ☒ | Supplemental Pretrial Services Report authorized |
| | | ☐ | AO199c Advice of Penalties & Sanctions filed |

## REMARKS

Defendant appeared, in custody, with counsel and acknowledged to the Court that his true and correct name is BERNARDINO DWITE HAMILTON. The Court directed the Government to take notice of the correct spelling of Defendant's name.

Defendant was advised of his rights and the allegations contained in the Indictment.

"Not guilty" plea entered.

Based on information provided in the Financial Affidavit, the Court appointed the Federal Defenders to represent Defendant in this matter.

Government has filed a motion for detention.

Defendant waived a detention hearing at this time; however, reserved the right to revisit issue of detention should circumstances change.

Digital Recording/S-740        Time:  1:36 p.m. – 1:45 p.m.                    Page 1

**The Court ordered:**
1. Motion for detention **granted**.
2. Discovery to be provided according to Local Rules on discovery.
3. Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order.
4. Supplemental Pretrial Services Report authorized.
5. Defendant remanded to custody of the U.S. Marshal until further order of the Court.

**Detention Hearing:**
*Waived by Defendant;*
**USA's Motion for Detention is *granted*.**
*Subject to right to return before the Court should circumstances change.*